## UNITED STATES BANKRUPTCY COURT

### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: GARY L. STILL | : | |
| DEBTOR(S) | : | BKY NO. 14-04515 |
| SETERUS, INC., AS THE AUTHORIZED | : | |
| SUBSERVICER FOR FEDERAL | : | CHAPTER 13 |
| NATIONAL MORTGAGE ASSOCIATION | : | |
| ("FANNIE MAE"), CREDITOR | : | |
| MOVANT | | |
| GARY L. STILL | | |
| CHARLES J. DEHART, III, TRUSTEE | | |
| RESPONDENTS | | |

**PRAECIPE TO WITHDRAW THE NOTICE OF MORTGAGE PAYMENT CHANGE AT DOCKET # 62**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly mark the Notice of Mortgage Payment Change at Docket No. 62 filed in the name of Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor on March 20, 2017 as withdrawn.

**/s/ Jeniece D. Davis, Esquire**
**Jeniece D. Davis, Esquire**
**Martha E. Von Rosenstiel, P.C.**
**649 South Avenue, Unit 6**
**Secane, PA 19018**
**Attorney I.D. #208967**
**Jeniece@mvrlaw.com**
**610-328-2887 x 16**

John Matthew Hyams, Esquire, Electronic service
555 Gettysburg Pike Suite C-402
Mechanicsburg, PA 17055

Gary L. Still
7250 Clearfield Street
Harrisburg, PA 17111

Charles J. DeHart, III, Trustee, Electronic service
8125 Adams Drive #A
Hummelstown, PA 17038