IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Gary L. Still | CASE NO: 1:14-bk-04515-RNO |
|     Debtor | |
| Gary L. Still | |
|     Movant | 11 U.S.C. §363 |
| Federal National Mortgage Association Dauphin County Tax Claim Bureau, and Charles J. Dehart, III, Esquire | |
|     Respondents | |

**ORDER**

Upon consideration of Debtor's Motion to Shorten Time for Notice of Debtor's Motion to Approve Sale of Real Property Free and Clear of Liens, Claims and Encumbrances and to Approve Distribution of Proceeds it is hereby,

**ORDERED**, that the Notice Period for the Debtor's Motion to Approve Sale of Real Property Free and Clear of Liens, Claims and Encumbrances and to Approve Distribution of Proceeds is hereby shortened to ten (10) days.

Dated: October 17, 2018

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge (BI)