```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                    Case No. 14-04515-RNO
Gary L. Still                                             Chapter 13
       Debtor                **CERTIFICATE OF NOTICE**

```
District/off: 0314-1        User: REshelman        Page 1 of 1        Date Rcvd: Oct 25, 2018
                            Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
r               +Straub & Associates Real Estate Group,   3045 Market Street 2nd Floor,
                 Camp Hill, PA 17011-4546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Heather Stacey Riloff   on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com,  Michelle@mvrlaw.com
          Jeniece Davis   on behalf of Creditor   Federal National Mortgage Association jeniece@mvrlaw.com,
           bonnie@mvrlaw.com
          John Matthew Hyams   on behalf of Debtor 1 Gary L. Still jmh@johnhyamslaw.com,
           acb@johnhyamslaw.com,eah@johnhyamslaw.com
          Joshua I Goldman   on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee,
           successor in interest to Bank of America, National Association, as Indenture Trustee, successor
           by merger to LaSalle Bank National Association, as bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Lisa Beth Singer   on behalf of Creditor   Federal National Mortgage Association
           bkmail@rosicki.com
          Recovery Management Systems Corporation   claims@recoverycorp.com
          Thomas I Puleo   on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee,
           successor in interest to Bank of America, National Association, as Indenture Trustee, successor
           by merger to LaSalle Bank National Association, as tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                       TOTAL: 9
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| **Gary L. Still** | | **Chapter:** | **13** |
| | **Debtor 1** | **Case No.:** | **1:14-bk-04515-RNO** |
| | | **Document No.:** | **72** |

## ORDER VACATING

**IT IS HEREBY ORDERED** that the Order Granting Application to Employ entered on October 24, 2018, is being vacated by this Order as having been entered in error.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

October 25, 2018

Order Vacating - Revised 04/18