```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 14-04515-RNO
Gary L. Still                                                       Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Nov 01, 2018
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
r           +Straub & Associates Real Estate Group,    3045 Market Street 2nd Floor,
              Camp Hill, PA 17011-4546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Heather Stacey Riloff    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com
              Jeniece Davis    on behalf of Creditor    Federal National Mortgage Association jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              John Matthew Hyams     on behalf of Debtor 1 Gary L. Still jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              Joshua I Goldman    on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee,
               successor in interest to Bank of America, National Association, as Indenture Trustee, successor
               by merger to LaSalle Bank National Association, as bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association
               bkmail@rosicki.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor   U.S. Bank National Association, as Indenture Trustee,
               successor in interest to Bank of America, National Association, as Indenture Trustee, successor
               by merger to LaSalle Bank National Association, as tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Gary L. Still | : | |
| | : | CASE NO: 1:14-bk-04515 |
| | : | |
| Debtor | : | |

### ORDER APPROVING ENGAGEMENT OF REAL ESTATE BROKER

The Application of Gary L. Still, the above-named Debtor, praying for approval of his engagement of Straub and Associates Real Estate Group as his real estate broker with respect to the sale of real estate located at 7250 Clearfield Street, Harrisburg, Dauphin County, Pennsylvania (the "Real Property"), having come this day before the Court, and it appearing that the engagement of Straub and Associates Real Estate Group as a real estate broker with respect to the Debtor's real estate is necessary and would be in the best interest of the estate, it is hereby

**ORDERED** that the engagement by Gary L. Still, of Straub and Associates Real Estate Group, as real estate broker, with respect to the sale of the Real Property, upon the terms and conditions of the Listing Contract entered into by the Debtor and of Straub and Associates Real Estate Group, is approved, with the commission of Eight Thousand Two Hundred Forty-Eight and 50/100 Dollars ($8,248.50) from the sale of such real estate, subject to such review as the Court deems necessary upon the filing of an appropriate Sale Motion.

Dated: November 01, 2018                By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)