United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Gary L. Still  
    Debtor

Case No. 14-04515-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: REshelman     Page 1 of 1     Date Rcvd: Nov 02, 2018  
                       Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2018.
         +Lisa Beth Singer,   Rosicki Rosicki and Associates, P.C.,   51 East Bethpage Road,
          Plainview, NY 11803-4224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
         Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com
         Jeniece Davis    on behalf of Creditor    Federal National Mortgage Association jeniece@mvrlaw.com, bonnie@mvrlaw.com
         John Matthew Hyams    on behalf of Debtor 1 Gary L. Still jmh@johnhyamslaw.com, acb@johnhyamslaw.com,eah@johnhyamslaw.com
         Joshua I Goldman    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         Lisa Beth Singer    on behalf of Creditor    Federal National Mortgage Association bkmail@rosicki.com
         Recovery Management Systems Corporation    claims@recoverycorp.com
         Thomas I Puleo    on behalf of Creditor    U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Indenture Trustee, successor by merger to LaSalle Bank National Association, as tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Gary L. Still | : | CASE NO: 1:14-bk-04515-RNO |
| Debtor | : | |
| Gary L. Still | : | |
| Movant | : | 11 U.S.C. §363 |
| Federal National Mortgage Association Dauphin County Tax Claim Bureau, and Charles J. Dehart, III, Esquire | : | |
| Respondents | : | |

**ORDER APPROVING SALE OF REAL PROPERTY**
**FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**
**AND APPROVING DISTRIBUTION OF PROCEEDS**

The Motion of the Debtor, Gary L. Still, to Approve the Sale of Real Property Free and Clear of Liens, Claims and Encumbrances and Approving Distribution of Proceeds ("Motion") having come this day before the Court, and following notice to creditors in the above case and an opportunity for a hearing thereon, and the Court believing that the sale of the Property (as defined below) is in the best interests of the Debtor and her estate, and that such sale is made in good faith, and that the consideration offered is fair and reasonable, it is

**HEREBY ORDERED** that:

1. Gary L. Still, Debtor herein, is authorized to sell the real property located at and known as 7250 Clearfield Street, Harrisburg, Dauphin County, Pennsylvania (the "Property"). Such sale shall be under the terms of and pursuant to an Agreement between the Debtor, as Seller, and Kristin Clement, as Buyer, (the "Agreement"), and as set forth in the Motion. Such sale shall be to Kristin Clement for the total consideration of $126,900.00

2. The sale of the Property shall be free and clear of all liens, claims and encumbrances, except for easements and rights of way of record as may exist upon or

under such Property. All liens will attach to the proceeds in the order of their priority subject to the distribution set forth in this Order. The secured lien against the Property is a mortgage in favor of Federal National Mortgage Association, Inc., in the approximate amount of approximately $43,000.00.

3. The sale shall be free and clear of all real estate taxes and such other allowed claims, subject to the distribution set forth in this Order and payments of such real estate taxes.

4. The distribution of the funds generated by the sale of the Property shall be as follows:

    i    Any notarization or incidental recording fees required to be paid by the Debtor as Seller;

    ii.    Any costs associated with the preparation of the deed or normal services with respect to closing;

    iii.    Attorney's fees in an amount of $3,500.00 payable to John M. Hyams, on account of services in connection with this sale;

    iv.    Realty transfer tax, if any, required to be paid by Debtor, as Seller;

    v.    Any real estate taxes owed on the Property, prorated to the date of sale.

    vi.    Payment to Straub and Associates Real Estate Group, Inc. in the amount $8,248.50 as real estate commission.

    vii.    Payment to the Dauphin County Tax Claim Bureau, of any Real Estate and School taxes owed by Debtor; and

    x.    Payment in full to Federal National Mortgage Association, Inc., on account of its first mortgage against the Property.

    xi    All remaining net proceeds to Debtor.

5. The Debtor is empowered and ordered to execute any and all documents necessary to effectuate the sale of the Property.

6. Fed.R.Bankr. P Rule 6004(h) is not applicable, and the Property may be sold and purchased promptly.

7. Upon payment of the appropriate fee, the Clerk's Office shall provide the Debtor with certified copies of this Order, as are necessary to be recorded in the Office of the Recorder of Deeds of Dauphin County, Pennsylvania.

Dated: November 02, 2018    By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)